UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH W. HARRIS, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 08-01524- AJW |
| ) | |
| v. ) | |
| ) | J U D G M E N T |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

December 29, 2009

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge